**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**

Zachary Arbitman
Partner
5 Crooked Lane
Cherry Hill, NJ 08034
*Telephone: 856.444.5291*
zarbitman@feldmanshepherd.com

July 21, 2023

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   RE: *Delahoy v. Samsung Electronics America, Inc., et al.*
      <u>Civil Action No. 22-04132 (CCC) (CLW)</u>

Dear Judge Waldor:

  Interim Class Co-Lead Counsel has, per ECF No. 45, met and conferred with counsel for Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics, Co., Ltd. ("SEC") regarding the deadlines for the filing of an amended consolidated class action complaint and responses to that complaint. On behalf of all Parties, we write to respectfully present a joint proposed pleading schedule to the Court for consideration:

| <u>Event</u> | <u>Date</u> |
|---|---|
| Amended Consolidated Class Action Compl. | August 25, 2023 |
| Defendants' Motion to Dismiss | October 9, 2023 |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss | November 17, 2023 |
| Defendants' Reply in further Support of their Motion to Dismiss | December 13, 2023 |

  We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

             Respectfully submitted,

             *[signature]*
             Zachary Arbitman

**SO ORDERED.**

<u>s/ Cathy L. Waldor</u>
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date:** July 24, 2023