RM | ROBINSON MILLER LLC

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

October 13, 2026

**VIA ECF**

The Honorable Cari Fais, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Delahoy v. Samsung Electronics America, Inc., et al.***
**Civil Action No. 22-04132 (CCC) (CF)**

Dear Judge Fais,

This Firm, along with Hunton Andrews Kurth LLP, represents Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics, Co., Ltd. ("SEC" and together with SEA, "Samsung") in the above-captioned matter. Samsung and Plaintiffs jointly write to respectfully request a two-week extension to the deadlines to file a motion to seal papers filed at Dkt. Nos. 220 and 228 pursuant to Local Civil Rule 5.3(c). Under the proposed extension, Samsung's motion to seal would be due October 27, 2026, Plaintiffs' response would be due November 24, 2026, and Samsung's reply would be due December 8, 2026.

Good cause exists for the requested extension to provide the parties time to meet and confer regarding Samsung's proposed redactions to the documents and Plaintiffs' position, if any, with respect to them. This is the first request for an extension of this deadline. The requested extension will not affect any other deadline in this matter, and no party will be prejudiced by it.

If the foregoing is acceptable to Your Honor, the parties respectfully request that the Court execute the "So Ordered" provision below and arrange for its entry on the docket.

We thank the Court for its attention to this matter and are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Keith J. Miller*
Keith Miller

cc: All counsel of record (*via* ECF)

**SO ORDERED** this 15th day of October, 2026.

***/s/ Cari Fais***
Hon. Cari Fais
United States Magistrate Judge