RM | ROBINSON MILLER LLC

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

**VIA ECF**

The Honorable Cari Fais, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Delahoy v. Samsung Electronics America, Inc., et al.***
**Civil Action No. 22-04132 (CCC) (CF)**

Dear Judge Fais,

This Firm, along with Hunton Andrews Kurth LLP, represents Defendants Samsung Electronics America, Inc. ("SEA") and Samsung Electronics, Co., Ltd. ("SEC" and together with SEA, "Samsung") in the above-captioned matter. Samsung and Plaintiffs jointly write to respectfully request a two-day extension to the deadline to file a joint letter addressing Plaintiffs' request for serial numbers. The Court ordered the parties to file a joint letter regarding unresolved discovery disputes by November 30, 2026. ECF. No. 328 ¶ 16. Under the proposed extension, the parties would file the letter on December 2, 2026. Good cause exists for this brief extension, as it will permit the parties to exchange drafts of the joint letter while accounting for the Thanksgiving holiday.

If the foregoing is acceptable to Your Honor, the parties respectfully request that the Court execute the "So Ordered" provision below and arrange for its entry on the docket.

We thank the Court for its attention to this matter and are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ *Keith J. Miller*
Keith Miller

cc: All counsel of record (*via* ECF)

**SO ORDERED** this 25th day of November, 2026.

***/s/ Cari Fais***

Hon. Cari Fais
United States Magistrate Judge